UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

                Plaintiff,

    -against-

POLANCO,

                Defendant.
-------------------------------------------------------x

No. 19 CR 354-LTS

## ORDER

The Court will hold a conference concerning the status of Mr. Polanco's supervision on **March 17, 2020, at 10 a.m**. in courtroom 17C. The parties and pretrial services officer Cunningham are directed to appear.

SO ORDERED.

Dated: New York, New York
       March 13, 2020

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          United States District Judge