UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES,

                              Plaintiff,

      -against-

POLANCO,

                              Defendant.
------------------------------------------------------x

No. 19 CR 354-LTS

ORDER

      The conference previously scheduled in this case for March 17, 2020, at 10 a.m., to address the status of Mr. Polanco's supervision is adjourned <u>sine die</u> in light of the current public health emergency situation.

      The Court has carefully reviewed Mr. Polanco's letter submission (Docket Entry No. 30) and discussed with Pretrial Services his supervision history and interactions with Officer Cunningham. Pretrial Services and Officer Cunningham continue to be committed to helping Mr. Polanco succeed in achieving compliance with his conditions of pretrial release. Officer Cunningham has informed the Court that Mr. Polanco's current treatment provider is altering his protocol to provide additional services to Mr. Polanco, and it is hoped that the additional services will be helpful in enabling Mr. Polanco to manage his issues more effectively in light of the stressful circumstances that are currently facing everyone. The Court finds this response to the issues raised in counsel's letter sufficient and appropriate at this time in light of Mr. Polanco's

supervision history.  Accordingly, Mr. Polanco's request that the Court order reassignment of Mr. Polanco's case to a different pretrial services officer is denied and the conference is adjourned <u>sine</u> <u>die</u>.

    SO ORDERED.

Dated:  New York, New York
       March 16, 2020

          /s/ Laura Taylor Swain
          LAURA TAYLOR SWAIN
          United States District Judge