

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 29, 2020

**BY ECF**
The Honorable Laura Taylor Swain
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007

## MEMO ENDORSED

Re:   *United States v. Elias Polanco*, 19 Cr. 354 (LTS)

Dear Judge Swain:

    The Government respectfully advises the Court that, having conferred with defense counsel, the parties jointly propose adjourning the conference presently scheduled for May 1, 2020 until mid-summer. The Court had previously indicated its intention to adjourn the trial in this case, previously scheduled for May 4, 2020 (Dkt. 34), and the parties believe it may be more fruitful to discuss a new trial date this summer, when we may have more clarity into how and when the health crisis may stabilize. The parties are available the week of July 13 and the week of July 20 for a conference.

    The Government respectfully requests that time under the Speedy Trial Act be excluded through the new conference date, and defense counsel does not object.

THE APPLICATION IS GRANTED.  THE CONFERENCE IS ADJOURNED TO JULY 14, 2020, AT 10:00 A.M.  THE COURT FINDS PURSUANT TO 18 U.S.C. § 3161(h)(7)(A) THAT THE ENDS OF JUSTICE SERVED BY AN EXCLUSION OF THE TIME FROM TODAY'S DATE THROUGH JULY 14, 2020, OUTWEIGH THE BEST INTERESTS OF THE PUBLIC AND THE DEFENDANT IN A SPEEDY TRIAL FOR THE REASONS STATED ABOVE.  DE# 35 RESOLVED.

SO ORDERED.
DATED: 4/29/2020
/s/ Laura Taylor Swain, USDJ

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: ___/s/  Allison Nichols_____
Allison Nichols / Mathew Andrews
Assistant United States Attorneys
(212) 637-2366

Cc:   Camille Abate, Esq.,
      Counsel to Elias Polanco